UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREPARED FOOD PHOTOS, INC.,

                    Plaintiff,

          -against-

TRIP RESTAURANT LLC,

                    Defendant.

**ORDER**

22-cv-07953 (ER)

The Court has granted Prepared Food's motion to authorize third-party disclosure.  The

Clerk of the Court is respectfully directed to terminate the motion, Doc. 36.

          SO ORDERED.

Dated:    March 30, 2026
          New York, New York

                                                                    _____
                                                                    Edgardo Ramos, U.S.D.J.